AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Dale, Candy W. | 2. Court or Organization<br><br>District of Idaho | 3. Date of Report<br><br>10/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge--full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

James A. McClure Federal Building and Courthouse
550 West Fort Street
Boise, Idaho 83724

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee (Director) | College of Idaho/non-profit liberal arts college |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 10/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Stoel Rives--salary and bonus |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Idaho Falls Inn of Court | May 13-14, 2015 | Idaho Falls, ID | Present at Legal Org. Meeting | Transportation and Lodging |
| 2. | Idaho State Bar | July 22-24, 2015 | Sun Valley, ID | Annual Bar Meeting - Presenter (X3) | Transportation, Lodging, and Meals |
| 3. | Idaho State Bar | August 16-17, 2015 | Moscow, ID | Professionalism Orientation for first year students at UI College of Law | Lodging and Mileage Reimbursement |
| 4. | Federal Bar Assoc - Idaho Chapter | September 9-10, 2015 | Salt Lake City, UT | Attend and Present at Annual FBA Conference | Transportation and Lodging |
| 5. | University of Nevada, Las Vegas | September 24, 25, 26, 2015 | Las Vegas, NV | Present at Legal Organization Meeting | Transportation and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dale, Candy W.** | 10/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Tufts University School of Medicine | Tuition | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank Accounts | A | Interest | M | T | | | | | |
| 2. Bank of America Accounts | A | Interest | J | T | | | | | |
| 3. New York Life--whole #1 | B | Int./Div. | L | T | | | | | |
| 4. New York Life--whole #2 | A | Int./Div. | K | T | | | | | |
| 5. Stoel Rives Retirement Plan | D | Int./Div. | O | T | | | | | |
| 6. TD Ameritrade IRA Account #1 | | | | | | | | | |
| 7. --DFA Five-Yr Global Portfolio Fund (DFGBX) | B | Interest | L | T | | | | | |
| 8. | A | Distribution | | | | | | | |
| 9. | A | Distribution | | | | | | | |
| 10. --Loomis & Sayles Bond Fund (LSBDX) | D | Interest | N | T | | | | | |
| 11. | D | Distribution | | | | | | | |
| 12. | A | Distribution | | | | | | | |
| 13. --DFA Internat'l Small Cap Value (DISVX) | A | Dividend | K | T | Buy (add'l) | 06/22/15 | J | | |
| 14. | A | Distribution | | | | | | | |
| 15. --DFA Global Real Estate Fund (DFGEX) | C | Dividend | M | T | | | | | |
| 16. --Oppenheimer Sr. Floating Rate Fund (OOSYX) | A | Interest | J | T | | | | | |
| 17. --Pimco High Yield Corporate Bond ETF (HYS) | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Loomis and Sayles Investment Grade Fund (LIGRX) | C | Interest | M | T | | | | | |
| 19. | B | Distribution | | | | | | | |
| 20. | A | Distribution | | | | | | | |
| 21. --Pimco Income Fund (PIMIX) | C | Interest | L | T | | | | | |
| 22. | A | Distribution | | | | | | | |
| 23. --Vanguard Investment Grade Fund (VFIDX) | B | Interest | L | T | | | | | |
| 24. | A | Distribution | | | | | | | |
| 25. | A | Distribution | | | | | | | |
| 26. --TD Ameritrade Money Market Fund | A | Interest | J | T | | | | | |
| 27. TD Ameritrade Taxable Account #1 | | | | | | | | | |
| 28. --DFA Int'l Core Equity Fund (DFIEX) | D | Dividend | N | T | Buy (add'l) | 12/21/15 | L | | |
| 29. --DFA US Core Equity Fund (DFEOX) | D | Dividend | O | T | Buy (add'l) | 08/10/15 | J | | |
| 30. | D | Distribution | | | Buy (add'l) | 09/10/15 | J | | |
| 31. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 32. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 33. | | | | | Buy (add'l) | 12/10/15 | J | | |
| 34. --DFA Emerging Markets Core Equity (DFCEX) | C | Dividend | K | T | Buy (add'l) | 08/07/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/10/15 | J | | |
| 36. | | | | | Buy (add'l) | 09/10/15 | J | | |
| 37. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 38. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 39. | | | | | Buy (add'l) | 12/10/15 | J | | |
| 40. | | | | | Sold (part) | 12/21/15 | M | A | |
| 41. --DFA Emerging Markets Small Cap Equity (DEMSX) | | None | M | T | Buy | 12/21/15 | M | | |
| 42. --DFA US Large Cap Value (DFLVX) | C | Dividend | M | T | Buy (add'l) | 08/10/15 | J | | |
| 43. | D | Distribution | | | Buy (add'l) | 09/10/15 | J | | |
| 44. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 45. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 46. | | | | | Buy (add'l) | 12/10/15 | J | | |
| 47. --DFA Tax Managed Small Cap Value Equity Fund (DTMVX) | B | Dividend | M | T | Buy (add'l) | 08/10/15 | J | | |
| 48. | D | Distribution | | | Buy (add'l) | 09/10/15 | J | | |
| 49. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 50. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 51. | | | | | Buy (add'l) | 12/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 12/21/15 | L | A | |
| 53. --DFA Tax-Managed Small Cap Equity Fund (DFTSX) | A | Dividend | J | T | Buy (add'l) | 08/10/15 | J | | |
| 54. | C | Distribution | | | Buy (add'l) | 09/10/15 | J | | |
| 55. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 56. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 57. | | | | | Buy (add'l) | 12/10/15 | J | | |
| 58. | | | | | Sold (part) | 12/21/15 | L | A | |
| 59. --DFA Small Cap Equity Fund (DFSTX) | | None | L | T | Buy | 12/21/15 | L | | |
| 60. --DFA Tax-Managed US Value (DTMMX) | C | Dividend | M | T | | | | | |
| 61. --DFA Int'l Small Cap Value (DISVX) | A | Dividend | J | T | Buy | 08/07/15 | J | | |
| 62. | B | Distribution | | | Buy (add'l) | 08/10/15 | J | | |
| 63. | | | | | Buy (add'l) | 09/10/15 | J | | |
| 64. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 65. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 66. | | | | | Buy (add'l) | 12/10/15 | J | | |
| 67. | | | | | Sold (part) | 12/21/15 | L | A | |
| 68. --DFA International Small Cap Equity Fund (DFISX) | | None | L | T | Buy | 12/21/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | --DFA Emerging Market Social Core Equity Fund (DFESX) | A | Dividend | | | Sold | 08/07/15 | M | A | |
| 70. | --DFA Targeted Value Equity Fund (DFFVX) | | None | L | T | Buy | 12/21/15 | L | | |
| 71. | --Vanguard Tax-Exempt Limited Term Bond Fund (VMLUX) | A | Interest | L | T | | | | | |
| 72. | --EXXON Mobil (XOM) | C | Dividend | L | T | | | | | |
| 73. | --International Business Machines (IBM) | A | Dividend | K | T | | | | | |
| 74. | --Union Pacific Corp (UNP) | B | Dividend | L | T | | | | | |
| 75. | --YUM Brands Inc (YUM) | A | Dividend | J | T | | | | | |
| 76. | --DFA Int'l Core Equity - Social (DFSPX) | B | Dividend | | | Sold | 12/21/15 | L | A | |
| 77. | --Idaho Muni Bond Bk (451152EDO) | B | Interest | L | T | | | | | |
| 78. | --Ada &Canyon Cnty ID Sch Dist (005176GUO) | A | Interest | K | T | | | | | |
| 79. | --Canyon Cnty Id Sch (138807HS4) | B | Interest | K | T | | | | | |
| 80. | --ID Hsg & Fin Assn (45129WGT1) | B | Interest | K | T | | | | | |
| 81. | --ID Hsg & Fin Assn (45129WGV6) | B | Interest | K | T | | | | | |
| 82. | --Moscow ID SWR Rev (619481BV5) | B | Interest | K | T | | | | | |
| 83. | --Boise State Unive Id Revs (097464TU5) | A | Interest | J | T | | | | | |
| 84. | --Boise State Univ ID Revs (097464US8) | B | Interest | K | T | | | | | |
| 85. | --Boise City Urban Renewal AG (09746LBL6) | B | Interest | | | Sold | 08/17/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Canyon County ID SCH Dist#131 (138789HU9) | B | Interest | | | Sold | 08/17/15 | K | A | |
| 87. --Idaho BD BK Auth Rev Bds (451152FX5) | A | Interest | J | T | | | | | |
| 88. --Madison County ID Sch Dist No. 32 (556819FD7) | A | Interest | K | T | | | | | |
| 89. --Boise City Idaho Urban Renewal Bonds (09746LBH5) | A | Interest | | | Sold | 08/17/15 | J | A | |
| 90. --Idaho Health Facs Hosp Rev Bonds (451295TW9) | A | Interest | J | T | | | | | |
| 91. --Idaho Housing & Fin Assc. (45129YSS6) | A | Interest | | | Sold | 01/02/15 | J | A | |
| 92. --Idaho Housing & Fin Assc. (45129YTA4) | A | Interest | | | Sold | 01/02/15 | J | A | |
| 93. --TD Ameritrade Money Market Fund | A | Interest | L | T | | | | | |
| 94. TD Ameritrade IRA #2 | | | | | | | | | |
| 95. --TD Ameritrade Money Market | A | Interest | J | T | | | | | |
| 96. --Teco Finance Inc (87875UAC6) | A | Interest | | | Sold | 05/01/15 | K | A | |
| 97. --DFA International Small Cap (DISVX) | A | Dividend | K | T | Buy (add'l) | 06/22/15 | K | | |
| 98. | A | Distribution | | | | | | | |
| 99. --Loomis and Sayles Bond Fund (LSBDX) | C | Dividend | L | T | | | | | |
| 100. | C | Distribution | | | | | | | |
| 101. | A | Distribution | | | | | | | |
| 102. --Vanguard Int. Term Invest Grade Bond Fund (VFICX) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | A | Distribution | | | | | | | |
| 104. | A | Distribution | | | | | | | |
| 105. --Pimco High Yield Corporate Bond Fund (HYS) | B | Interest | K | T | | | | | |
| 106. --Oppenheimer Sr. Floating Rate Fund (OOSYX) | C | Interest | L | T | | | | | |
| 107. --Pimco Income Fund (PIMIX) | D | Interest | M | T | | | | | |
| 108. | A | Distribution | | | | | | | |
| 109. Beneficiary IRA Account #1 | | | | | | | | | |
| 110. --Aviva Fixed Account | A | Interest | J | T | | | | | |
| 111. --Aviva 1-Yr S&P Index Up | A | Dividend | J | T | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 10/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding Part VII, line 5, the name of the plan has been changed to reflect the exact name of the plan; and, the plan is employer controlled--neither the reporting judge nor her spouse have any choice over the individual investments in the plan.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Candy W. Dale**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544